Matthew L. Sharp, Esq.
Nevada Bar No. 4746
MATTHEW L. SHARP, LTD.
432 Ridge St.
Reno, NV 89501
Phone: (775) 324-1500
Email: matt@mattsharplaw.com

*Attorneys for Plaintiff*

[*Additional Counsel Listed Below*]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALAN W. VIEBROCK, Derivatively on Behalf of NEUROTROPE, INC., | Case No.: 3:17-cv-00465-RCJ-WGC |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| SUSANNE WILKE, JOSHUA SILVERMAN, WILLIAM S. SINGER, JAMES GOTTLIEB, KENNETH J. GORELICK, SHANA KAY PHARES, BRUCE T. BERNSTEIN, and ANDREW D. PERLMAN, | |
| Defendants, | |
| and, | |
| NEUROTROPE, INC., a Nevada Corporation | |
| Nominal Defendant | |

PLEASE TAKE NOTICE that Plaintiff Alan W. Viebrock files this notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41. Defendants have not filed an Answer or moved for summary judgment. No compensation has been rendered to Plaintiff in return for this dismissal. Plaintiff has not

///

///

1

previously dismissed an action based on or including the same claims as presented in this instant action.

July 24, 2018                    Respectfully submitted,

**MATTHEW L. SHARP, LTD.**

By: *Matthew L. Sharp*
Matthew L. Sharp
432 Ridge Street
Reno, NV 89501
Phone: (775) 324-1500
Email: matt@mattsharplaw.com

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna, admitted *pro hac vice*
440 Park Avenue South, 5th Floor
New York, New York 10016
Phone: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com

*Counsel for Plaintiff*